UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB DAVID WOOLERY, | No. 2:21-cv-0270-TLN-AC |
| Plaintiff, | |
| v. | **ORDER** |
| SHASTA COUNTY JAIL, et al., | |
| Defendants. | |

Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 12, 2023, the magistrate judge issued findings and recommendations herein which were served on Plaintiff, and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 12).  Plaintiff has not filed objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the order was returned,[1] Plaintiff was properly served.  It is the Plaintiff's responsibility to always keep the court apprised of his

---

[1] It should be noted that the instant findings and recommendations were issued after the Court's June 2023 order directing plaintiff to file an amended complaint (ECF No. 11) was also returned to the court as undeliverable.

1

current address.  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

      The Court reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

      Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued September 12, 2023 (ECF No. 12), are ADOPTED IN FULL, and
2. This action is DISMISSED without prejudice.  *See* Local Rule 110; Fed. R. Civ. P. 41(b).
3. The Clerk of Court is directed to close this case.

Date:  October 2, 2023

                        Troy L. Nunley
                        United States District Judge